FILED
John E. Triplett, Acting Clerk
United States District Court
*By casbell at 1:22 pm, Oct 27, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SUSAN ANDERSON, | |
| Movant, | CIVIL ACTION NO.: 2:20-cv-115 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:18-cr-30) |
| Respondent. | |

**O R D E R**

Movant Susan Anderson ("Anderson"), who is represented by counsel, filed this 28 U.S.C. § 2255 Motion on October 23, 2020, which the Court has reviewed. Anderson attacks the conviction and sentence obtained in this Court in Case Number 2:18-cr-30.[1] Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days stating what records and documents need to be produced to fully respond to the motion. The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

---

[1] Anderson originally filed one § 2255 Motion attacking her convictions and sentences obtained in Case Numbers 2:17-cr-20 and 2:18-cr-30, which was assigned Case Number 2:20-cv-109. Upon this Court's review, it was determined two separate civil actions should be initiated, with each civil action corresponding to only one of Anderson's criminal cases. Accordingly, this civil action corresponds to Case Number 2:18-cr-30, and Civil Action Number 2:20-cv-109 corresponds only to Case Number 2:17-cr-20. The Court **DIRECTS** the Clerk of Court to update the docket for Case Number 2:18-cr-30 consistent with this Order.

The Court **DIRECTS** the Clerk of Court to forward a copy of this Order and a copy of Anderson's Motion for relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 27th day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA